ATTORNEY GRIEVANCE COMMISSION           \*      IN THE
OF MARYLAND                                 \*      COURT OF APPEALS

      Petitioner

v.

PAMELA BRUCE STUART

      Respondent

| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | IN THE |
| | COURT OF APPEALS |
| | OF MARYLAND |
| Petitioner | |
| | Misc. Docket AG |
| v. | |
| | No. 18 |
| PAMELA BRUCE STUART | |
| | September Term, 2017 |
| Respondent | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with attached certified copy of an Order entered January 5, 2017, whereby the Supreme Court of Florida suspended Pamela Bruce Stuart from the practice of law in Florida for one year, effective thirty days from the date of the Order; and it appearing that said Pamela Bruce Stuart is admitted to the Bar of this Court;

NOW, THEREFORE, it is this ___30th___ day of _____June_____, 2017,

ORDERED, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Pamela Bruce Stuart, Respondent, is hereby suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Pamela Bruce Stuart from the register of attorneys in this Court and comply with the notice provisions of Maryland Rule 19-761(b).

/s/ Clayton Greene Jr.
Senior Judge